## 24540. MARTIN v. MARTIN.

UNDERCOFLER, Justice. The enumeration of error in this case complains that the order entered by the trial court in December 1967 amending the final divorce decree is void. This contention is meritorious, and we so held in *Martin v. Hendon,* 224 Ga. 221 (2).

*Judgment reversed. All the Justices concur.*

ARGUED MARCH 13, 1968—DECIDED APRIL 4, 1968.

*Leachman, King & Thurman, Marjorie King, D. Jane Marshall,* for appellant.